Of Counsel:
LUNG ROSE VOSS & WAGNILD

BRUCE D. VOSS          6532-0
Attorney at Law
A Law Corporation
(*bvoss@legalhawaii.com*)
DAVID R. MAJOR         9194-0
Attorney at Law
A Law Corporation
(*dmajor@legalhawaii.com*)
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

Attorneys for GRAY MEDIA GROUP INC.,
D/B/A KGMB/KHNL and LYNN KAWANO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONDA SMYTHE; LIANA P. KANNO,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>BRANDON SAFFEELS; COUNTY OF MAUI; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10,<br><br>　　　　　Defendants.<br>_____ | CASE NO. CV 21-00056 LEK-RT<br>(Consolidated Case for Purposes of Pretrial Proceedings and Discovery)<br><br>NON-PARTY GRAY MEDIA GROUP INC., D/B/A KGMB/KHNL AND LYNN KAWANO'S MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH SUBPOENA; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID R. MAJOR; EXHIBITS A-H; CERTIFICATE OF SERVICE<br><br>*(Caption continued on next page.)* |

1137907.1

| | |
|---|---|
| ALISHA N.K. CONSTANTINO, | ) Trial Date: March 6, 2023 |
| Plaintiff, | ) |
| vs. | ) |
| BRANDON SAFFEELS; COUNTY OF MAUI; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

## NON-PARTY GRAY MEDIA GROUP INC., D/B/A KGMB/KHNL AND LYNN KAWANO'S MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH SUBPOENA

Non-Party GRAY MEDIA GROUP INC., D/B/A KGMB/KHNL, owner and operator of Hawaii News Now, and its reporter LYNN KAWANO (together, "HNN"), by and through their counsel, Lung Rose Voss & Wagnild, for a protective order to prevent the County of Maui from taking the deposition of Ms. Kawano and/or to quash Defendant County of Maui's First Amended Notice of Taking Deposition Upon Oral Examination of Lynn Kawano and Production of Documents, served November 10, 2022.

1

1137907.1

2

HNN brings this motion pursuant to Rule 45 of the Federal Rule of Civil Procedure and the reporter's privilege as provided for in the United States Constitution.

DATED: Honolulu, Hawaii, November 26, 2022.

/s/ David R. Major
BRUCE D. VOSS
DAVID R. MAJOR

Attorney for GRAY MEDIA GROUP INC., D/B/A KGMB/KHNL and LYNN KAWANO

1137907.1